## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLEN ALEXANDER PARKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-1137-D |
| | ) |
| SHERIFF P.D. TAYLOR, et. al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the Court for review of the Order [Doc. No. 80] denying Plaintiff's Motions seeking an entry of default and a default judgment as to Defendant Tadasha Morris [Doc. Nos. 50, 51] issued by United States Magistrate Judge Amanda Maxfield Green on September 10, 2021. Plaintiff, who appears *pro se*, has filed an Objection [Doc. No. 87] to Judge Green's Order.

Upon consideration, the Court finds that Plaintiff objects to a magistrate judge's ruling on a nondispositive pretrial matter decided pursuant to 28 U.S.C. § 636(b)(1)(A). Thus, the Court's review is limited to determining whether Plaintiff has shown Judge Green's order "is clearly erroneous or contrary to law." *Id.*; *see also* Fed. R. Civ. P. 72(a). The Court finds that this standard has not been met with respect to the Order under review.

Judge Green determined that granting a default judgment would be premature because the court is currently in the process of screening Plaintiff's Amended Complaint. Judge Green further indicated that the court would order Ms. Morris to respond to the Amended Complaint should an answer or responsive pleading be required. Plaintiff's

objection complains about how long the screening process is taking and requests that Ms. Morris be ordered to respond to the Amended Complaint.

The Court finds no error in Judge Green's ruling that a default judgment would be premature at this stage. And, contrary to Plaintiff's arguments, there is no basis for Plaintiff's suggestion that Judge Green is engaging in "stall tactics" or doing anything other than promptly resolving the issues in this matter. Accordingly, "Plaintiff's Objection to Magistrate's 09/10/21 Filed Order [Regarding Plaintiff's (Doc. No. 50) Motion for Default Judgment to be Entered Against Defendant Tadasha Morris, And, Plaintiff's (Doc. No. 51) Request for the Clerk of this Court to Enter a Default Judgment Against Tadasha Morris in CIV-19-1137-D] in this CIV-19-1137-D Case" [Doc. No. 87] is **DENIED**.

**IT IS SO ORDERED** this 21st day of March, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge