IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALLEN ALEXANDER PARKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-1137-D |
| | ) | |
| SHERIFF P.D. TAYLOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This matter comes before the Court for review of the Report and Recommendation [Doc. No. 113] issued by United States Magistrate Judge Amanda Maxfield Green on November 22, 2022. Judge Green recommends a dismissal under Fed. R. Civ. P. 4(m) of all defendants who have not been served with process in this case, which was filed over three years ago and is proceeding under the Amended Complaint [Doc. No. 46] filed November 6, 2020.

Plaintiff, a state prisoner who appears *pro se*, has neither filed a timely objection nor requested additional time to object. Judge Green expressly advised Plaintiff of both his right to object to the Report and the implied waiver rule. *See* R&R at 8. Therefore, the Court finds that Plaintiff has waived further review of the issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons stated by Judge Green, the Court finds that Plaintiff's action against all unserved defendants should be dismissed under Rule 4(m).

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 113] is **ADOPTED**. Plaintiff's action against Defendants Jason Everhart, Sean McKeehan, Ronnie Neal, Gene Bradley, the Board of County Commissioners of Oklahoma County, David Prater, Kelly Collins, Major Herron, Deputy Boren, and Sergeant Whittington is **DISMISSED** without prejudice to refiling.

**IT IS SO ORDERED** this 22nd day of December, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge